UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRACY GEORGE, | ) |
|     Plaintiff, | ) |
|     v. | ) Case No. 1:21-cv-02876-RJL |
| ALLEN MARTIN VENTURES, LLC *et al.* | ) |
|     Defendants. | ) |

**CONSENT MOTION TO EXTEND TIME TO FILE RESPONSE TO THE COMPLAINT**

Defendants, FIRST CLASS TITLE, INC ("First Class Title"), by and through undersigned counsel Paley, Rothman, Goldstein, Rosenberg, Eig & Cooper, Chartered, Roy Niedermayer, Esq. and Jessica B. Summers, Esq., and DANIEL J. KOTZ ("Mr. Kotz") on his own behalf, file this Consent Motion to Extend the Time for them to answer, plead, or otherwise respond to the Complaint filed by Plaintiff, Tracy George, up to and through January 12, 2022, and state as follows in support thereof:

1. On November 1, 2021, Plaintiffs filed a Complaint in the above referenced case.

2. The Complaint was served upon First Class Title and Mr. Kotz between November 6 and 8, 2021.

3. Plaintiff consented to extend the time for First Class Title and Mr. Kotz to file their answers to the Complaint through December 29, 2021.

4. First Class Title and Mr. Kotz are both working with their insurance carriers to assign counsel and prepare responsive pleadings to the Complaint.

5. Mr. Kotz currently does not have counsel to represent him in this action but is seeking to obtain counsel.

6. Mr. Kotz and First Class Title, through counsel, sought consent from Counsel for the Plaintiff, Jon Brunenkant, for an extension of time in which to answer, plead or otherwise

respond to the Complaint through and including January 12, 2022. Plaintiff's Counsel agreed to extend the time to respond for First Class Title and Mr. Kotz to respond through and including January 12, 2022.

6. No party will suffer any prejudice if the Court grants this Motion to Extend Time to answer, plead, or otherwise respond to the Complaint.

WHEREFORE, Defendants First Class Title and Mr. Kotz, respectfully requests that this Court enter an Order granting her an extension of time to answer, plead, or otherwise respond to the Complaint through and including January 12, 2022.

Dated: December 20, 2021,

Respectfully Submitted,

PALEY, ROTHMAN, GOLDSTEIN,
ROSENBERG, EIG & COOPER, CHARTERED

By: /s/ Roy Niedermayer
Roy Niedermayer, Bar No. 180380
Jessica B. Summers, Bar No. 1023002

4800 Hampden Lane, 6th Floor
Bethesda, Maryland 20814
Telephone: (301) 968-3402
Facsimile: (301) 654-7354
rneidermayer@paleyrothman.com
jsummers@paleyrothman.com

*Attorneys for First Class Title, Inc.*

DANIEL KOTZ

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this **28th day** of **December 2021**, a copy of the foregoing **Consent Motion to Extend Time to File Responsive Pleading to the Complaint** was electronically filed via the United States District Court for the District of Colombia's electronic filing system and was mailed, first class mail, postage prepaid to:

Jon Brunenkant
Brunenkant & Associates, PLLC
1717 Pennsylvania Avenue, NW
Suite 1025
Washington, DC 20006
*Attorney for Plaintiff*

Allen Martin Ventures, Inc.
9401 Battle Street
Suite 204
Manassas, VA 20110

Robin E. Martin
24734 Stone Station Terrace
Aldie, VA 20105

Aaron Allen
10724 Pickett Court
Williamsport, MD 21795-1441

_____
Roy I. Niedermayer